# ELECTRONIC RECORD

**1353-14**

COA # <u>03-14-00040-CR</u>          OFFENSE: <u>22.02</u>

STYLE: Kendal Clark Smith v. The State of Texas          COUNTY: <u>Comal</u>

COA DISPOSITION:     <u>AFFIRMED</u>          TRIAL COURT: <u>207th District Court</u>

DATE: <u>08/28/14</u>          Publish: <u>NO</u>  TC CASE #:     <u>CR2009-448</u>

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Kendal Clark Smith v. The State of Texas          CCA #: <u>**1353-14**</u>

<u>PRO SE</u>          Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

<u>REFUSED</u>          JUDGE: _____

DATE: <u>02/25/2015</u>          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD